UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BROOKE ARMBRISTER, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-1211-B-BH |
| | § | |
| MICHAEL MCFARLAND et al., | § | |
| | § | Pretrial Management |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and Lack of Standing*, filed May 30, 2018 (doc. 23) is **GRANTED in part**. By separate judgment, the plaintiff's claims under 42 U.S.C. § 1983 and 18 U.S.C. §§ 241 and 1951 will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, and her claims under 42 U.S.C. § 1981 will be *sua sponte* **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 15th day of November, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE