UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BROOKE ARMBRISTER, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-1211-B-BH |
| | § | |
| MICHAEL MCFARLAND et al., | § | |
| | § | Pretrial Management |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *FRE 59e - Motion for Altered or Amended Judgment*, filed December 27, 2018 (doc. 39), is construed as arising under Fed. R. Civ. P. 60(b)(2) and is **DENIED**.

**SIGNED** this 18th day of Janaury, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE